IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| KEITH JOHN ANDERSON | : | |
| Plaintiff, | : | |
| vs. | : | 5:07-cv-208 (CAR) |
| DEPUTY SHERIFF DARDEN, | : | |
| Defendant. | : | |

## ORDER ON THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is a Report and Recommendation (Doc. 27) from United States Magistrate Judge Claude W. Hicks, Jr., which recommends granting Defendant's Motion for Summary Judgment (Doc. 20). Plaintiff has subsequently filed an Objection. Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly reviewed Defendant's Motion, Plaintiff's Response, and Judge Hicks' Recommendation. Plaintiff has failed to show that he notified Defendant of a specific threat to his safety. Although Plaintiff now contends Defendant was aware that Plaintiff had been in a recent altercation before Defendant returned him to general population, Plaintiff fails to submit any evidence to establish his contention. Furthermore, Plaintiff freely admits that he provoked the altercation from which his injuries resulted. As such, the Recommendation is **ACCEPTED**, and Defendant's Motion for Summary Judgment (Doc. 20) is **GRANTED**.

**SO ORDERED**, this 25th day of September, 2008.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SCS/ssh